IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| GEORGIA ADVOCACY OFFICE, INC.,<br>                  Plaintiff<br>v.<br><br>CLYDE L. REESE III, Esq., in his official capacity as Commissioner of THE DEPARTMENT OF COMMUNITY HEALTH,<br>                  Defendant. | CIVIL ACTION<br>FILE NO. 1:15-CV-03372-AT |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND INJUNCTIVE RELIEF**

COMES NOW, Plaintiff Georgia Advocacy Office, Inc. ("GAO"), by and through counsel, and pursuant to Rules 56 and 65 of the Federal Rules of Civil Procedure, moves for summary judgment and the entry of a permanent injunction.

In support of its Motion, Plaintiff relies upon the Stipulation of Facts [Doc. 16] and the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment and Injunctive Relief which is filed contemporaneously with this Motion. Plaintiff has also contemporaneously filed a Proposed Order.

Respectfully submitted this 30th day of June, 2016.

                s/ Joshua H. Norris
                Georgia Bar No. 545854

                Attorney for Plaintiff

Georgia Advocacy Office
One West Court Square, Suite 625
Decatur, Georgia 30030
Telephone: (404) 885-1234
Facsimile: (404) 378-0031
jnorris@thegao.org

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed electronically the foregoing Plaintiff's Motion for Summary Judgment and Injunctive Relief with the Clerk of the Court using the ECF system which will automatically send email notification of such filing to the following attorney of record:

  Calandra Harps

This 30th day of June, 2016.

             s/ Joshua H. Norris
             Georgia Bar No. 545854
             Attorney for Plaintiff