# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA ADVOCACY OFFICE, INC., | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:15-cv-3372-AT |
| CLYDE L. REESE, III ESQ., in his official capacity as Commissioner of THE DEPARTMENT OF COMMUNITY HEALTH, | |
| Defendant. | |

## ATTORNEY FEE JUDGMENT

This action having come before the court, the Honorable Amy Totenberg, United States District Judge, for consideration of the Plaintiff's Motion for Attorney's Fees and Expenses, and the Court having **GRANTED IN PART** said motion, it is

**Ordered and Adjudged** that the Court awards Plaintiff $400 in expenses and $42,230.00 in attorney's fees for a total award of $42,630.00.

Dated at Atlanta, Georgia, this 30th day of May, 2017.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ James Jarvis
          Deputy Clerk

Prepared and Entered
in the Clerk's Office
May 30, 2017
James N. Hatten
Clerk of Court

By:  s/ James Jarvis
          Deputy Clerk